UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIE RICHARDS,

                           Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.
------------------------------------------------------------X

JUDGMENT
04-CV-3672 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on April 14, 2005, granting defendant's motion for summary judgment; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered granting defendant's motion for summary judgment.

Dated: Brooklyn, New York
        April 14, 2005

                                                          ROBERT C. HEINEMANN
                                                          Clerk of Court